UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

ATILIO ARELO,

                      Plaintiff

V.

BLOOMBERG L.P. AND THOMAS BOEKAMP,
HANK KALBAUGH, JAMES NIZIOLEK AND
BENNY TRAMO, INDIVIDUALLY, AND IN
THEIR OFFICIAL CAPACITIES AS
EMPLOYEES OF BLOOMBERG L.P.

                      Defendant

------------------------------------------------------X

Case No.

**JUDGE KAPLAN**

Rule 7.1 Statement

07 CV 6906

(U.S.D.C. S.D.N.Y. CASHIERS AUG 01 2007)

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____PLAINTIFF_____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held. NON/CORPORATE

Date: AUGUST 1, 2007

Signature of Attorney

Attorney Bar Code: 0874
NB