UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
ATILIO ARELO,

                Plaintiff,        Case No. 07 CV 6906 (LAK)

- against -

                                **AFFIDAVIT OF SERVICE**

BLOOMBERG L.P., THOMAS BOEKAMP,
HANK KALBAUGH, JAMES NIZOLEK AND
BENNY TRAMO, INDIVIDUALLY AND IN
THEIR OFFICIAL CAPACITIES AS
EMPLOYEES OF BLOOMBERG L.P.,

                Defendants.

- - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK  }
                           ss.:
COUNTY OF NEW YORK }

      IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York; and that on August 1, 2007, he served the within SUMMONS AND COMPLAINT WITH JURY DEMANDS AND JUDGE'S RULES, upon Thomas Golden, Esq., principal of Law Firm of Willkie Farr and Gallagher LLP, who had authorization for, and agreed to accept service on behalf of, all named defendants, by placing a true copy of the same in a postpaid Federal Express wrapper, duly addressed as follows:

                Tom Golden, Esq.
                Willke Farr & Gallagher
                787 7th Avenue, 45th Floor
                New York, NY 10019
                Attorney for Bloomberg L.P. Etal.

                                              IDRIS MAHMOUD
                                              LIC #1151131

Sworn to before me this
1st day of August, 2007

_____
NOTARY PUBLIC

ETHAN Y. LEONARD
Notary Public, State of New York
No 02LE5085475
Qualified in New York County
Commission Expires September 22, 2009