

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ATILIO ARELO,

           Plaintiff,

    -against-                        07-CV-6906 (LAK)

BLOOMBERG L.P.; THOMAS BOEKAMP,
HANK KELBAUGH, JAMES NIZIOLEK and    STIPULATION AND ORDER
BENNY TRAMO, individually. and in their
official capacities as employees of Bloomberg
L.P.,

           Defendants.
------------------------------------------------------------x

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Atilio Arelo and Defendants Bloomberg L.P., Thomas Boekamp, Hank Kelbaugh, James Niziolek and Benny Tramo that the time for all Defendants to answer, move against, or otherwise respond to the Complaint in this action is extended from August 22, 2007 to and including September 21, 2007. There have been no previous requests for adjournments or extensions of time in this action.

Dated: August 20, 2007
       New York, New York

                                            WILLKIE FARR & GALLAGHER LLP

                                            By: _____
                                                Thomas H. Golden (TG-1467)

                                            787 Seventh Avenue
                                            New York, New York 10019
                                            (212) 728-8000

                                            Attorneys for Defendant Bloomberg L.P., Thomas
                                            Boekamp, Hank Kelbaugh, James Niziolek and
                                            Benny Tramo

By: /s/
Neal Brickman (NB-0874)
David M. Kearney (DK 1996)

The Law Offices of Neal Brickman P.C.
317 Madison Avenue- 21st Floor
New York, New York 10017
(212) 986-6840

Attorneys for Plaintiff Atilio Arelo

SO ORDERED 8/21/07

/s/ PART I
U.S.D.J.

LAURA TAYLOR SWAIN

-2-