*KAPLAN, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
ATILIO ARELO,
:
         Plaintiff,
:
        -against-
:
BLOOMBERG L.P.; THOMAS BOEKAMP,
HANK KELBAUGH, JAMES NIZIOLEK and
BENNY TRAMO, individually. and in their
official capacities as employees of Bloomberg
L.P.,
:
         Defendants.
-----------------------------------------------------------x



07-CV-6906 (JUDGE KAPLAN'S CHAMBERS)

STIPULATION AND ORDER



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/07

WHEREAS, Plaintiff commenced this action on August 1, 2007; and

WHEREAS, by order dated August 21, 2007, the time for all defendants to respond to the Complaint was extended to September 21, 2007; and

WHEREAS, the parties' respective counsel have discussed various of the causes of action alleged in the complaint; and

WHEREAS, plaintiff wishes to file an amended complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Atilio Arelo and Defendants Bloomberg L.P., Thomas Boekamp, Hank Kelbaugh, James Niziolek and Benny Tramo, as follows:

1. None of the defendants shall be obligated to respond to the complaint.

2. Plaintiff shall have until October 9, 2007 to file an amended complaint.

3. Defendants shall have twenty days from the date of service of the amended complaint on their undersigned counsel to answer, move against, or otherwise respond to the amended complaint.

Dated: September 19, 2007
New York, New York

WILLKIE FARR & GALLAGHER LLP

By: /s/ Thomas H. Golden
Thomas H. Golden (TG-1467)

787 Seventh Avenue
New York, New York 10019
(212) 728-8000

Attorneys for Defendant Bloomberg L.P., Thomas Boekamp, Hank Kelbaugh, James Niziolek and Benny Tramo

By: /s/ DJMK
Neal Brickman (NB-0874)
David M. Kearney (DK 1996)

The Law Offices of Neal Brickman P.C.
317 Madison Avenue- 21st Floor
New York, New York 10017
(212) 986-6840

Attorneys for Plaintiff Atilio Arelo

SO ORDERED

_____
U.S.D.J.

9/24/07

-2-