*KAPLAN, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
ATILIO ARELO,                                                  :

            Plaintiff,                                     :

           -against-                                     :    07-CV-06906 (LAK)

BLOOMBERG L.P.; THOMAS BOEKAMP,                                :
HANK KELBAUGH, JAMES NIZIOLEK and
BENNY TRAMO, individually, and in their                        :
official capacities as employees of Bloomberg
L.P.,                                                          :

           Defendants.                                    :
-------------------------------------------------------------- x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/07

### Consent Scheduling Order

Upon consent of the parties, it is hereby

ORDERED as follows:

1. No additional parties may be joined after October 9, 2007.

2. No amendments to the pleadings will be permitted after October 9, 2007.

3. The parties shall make required Rule 26(a)(2) disclosures with respect to:

    (a) expert witnesses on or before January 18, 2008.

    (b) rebuttal expert witnesses on or before February 5, 2008.

4. All discovery, including any depositions of experts, shall be completed on or before February 19, 2008.

5. A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before March 19, 2008.

6. No motion for summary judgment shall be served after the deadline fixed for submission of the pretrial order. The filing of a motion for summary judgment does not relieve the parties of the obligation to file the pretrial order on time.

7. If any party claims a right to trial by jury, proposed voir dire questions and jury instructions shall be filed with the joint pretrial order.

8. Each party or group of parties aligned in interest shall submit, not less than ten (10) days prior to trial (a) a trial brief setting forth a summary of its contentions and dealing with any legal and evidentiary problems anticipated at trial, and (b) any motions in limine.

9. This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. Counsel should not assume that extensions will be granted as a matter of routine.

Dated: September 27, 2007
New York, New York

_____
Lewis A. Kaplan
United States District Judge

CONSENTED TO:

By: _____
Thomas H. Golden (TG-1467)

WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019

Attorneys for Defendants Bloomberg L.P., Thomas Boekamp, Hank Kelbaugh, James Niziolek, and Benny Tramo

By: _____
Neal Brickman (NB-0874)
David M. Kearney (DK-1996)

The Law Offices of Neal Brickman P.C.
317 Madison Avenue- 21st Floor
New York, New York 10017
(212) 986-6840

Attorneys for Plaintiff Atilio Arelo