UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                         :

ATILIO ARELO,                                         :

                  Plaintiff,                         :

             -against-                        :      07-CV-6906 (LAK)

BLOOMBERG L.P.; THOMAS BOEKAMP,     :      **NOTICE OF MOTION**
HANK KELBAUGH, and BENNY TRAMO,      :      **TO DISMISS**
individually, and in their official capacities as
employees of Bloomberg L.P.,                   :

                 Defendants.                 :

------------------------------------------------------------x

       PLEASE TAKE NOTICE that, upon the annexed Affidavit of Thomas H. Golden sworn to on October 29, 2007, the exhibit thereto, and the Memorandum of Law in Support of Defendants' Motion to Dismiss Certain Causes of Action in the Amended Complaint, and upon all papers heretofore filed, Defendants will move this Court, before the Honorable Lewis A. Kaplan, U.S.D.J., at the United States Courthouse, 500 Pearl Street, New York, NY 10007, for an order, pursuant to Federal Rule of Civil Procedure 12(b), dismissing Counts 1 through 10 and

3978082.1

12 through 14 of the Amended Complaint herein and granting such other and further relief as the Court deems just and proper.

Dated:  October 29, 2007
        New York, New York

WILLKIE FARR & GALLAGHER LLP

By: /s/ Thomas H. Golden
Thomas H. Golden (TG 1467)
(A Member of the Firm)

787 Seventh Avenue
New York, NY 10019-6099
Tel:  (212) 728 - 8000

Attorneys for Defendants Bloomberg L.P.
Thomas Boekamp, Hank Kelbaugh and
Benny Tramo

TO:

David M. Kearney, Esq.
Law Offices of Neal Brickman, P.C.
317 Madison Avenue, 21st Floor
New York, NY 10017
Tel:  (212) 986 - 6840
Attorneys for Plaintiff Atilio Arelo

3978082.1