UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                                                            :

ATILIO ARELO,
                                                                                           :

                Plaintiff,
                                                :

        -against-                       :      07-CV-6906 (LAK)

                                                :

BLOOMBERG L.P.; THOMAS BOEKAMP,
HANK KELBAUGH, and BENNY TRAMO,      :     **AFFIDAVIT OF**
individually, and in their official capacities as           **THOMAS H. GOLDEN**
employees of Bloomberg L.P.,                     :

              Defendants.       :

------------------------------------------------------------x


State of New York        )
                                : ss.:
County of New York   )

      THOMAS H. GOLDEN, being duly sworn, deposes and says:

1.      I am a member of the Bar of this Court and a member of the firm of Willkie Farr & Gallagher LLP, attorneys for Defendants Bloomberg L.P., Thomas Boekamp, Hank Kelbaugh, and Benny Tramo.  I submit this affidavit in support of Defendants' motion to dismiss various of the causes of action in plaintiff's Amended Complaint.

- 2 -

2.    Attached hereto as Exhibit A is a true copy of the Amended Complaint.

WILLKIE FARR & GALLAGHER LLP

By: _____
Thomas H. Golden (TG 1467)
(A Member of the Firm)

787 Seventh Avenue
New York, NY 10019-6099
Tel:  (212) 728 - 8000

Attorneys for Defendants, Bloomberg L.P.
Thomas Boekamp, Hank Kelbaugh and
Benny Tramo

Subscribed and sworn to before me,
this 29th day of October, 2007

_____
Notary Public

WILBERT DAVIS
Notary Public, State of New York
No. 01DA6011686
Qualified in Dutchess County
Certificate Filed in New York County
Commission Expires Aug. 10, 2010