UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

ATILIO ARELO,

              Plaintiff,

     -against-                               07-CV-6906 (LAK)

BLOOMBERG L.P.; THOMAS BOEKAMP,      RULE 7.1 DISCLOSURE
HANK KELBAUGH, and BENNY TRAMO,      STATEMENT
individually, and in their official capacities as
employees of Bloomberg L.P.,

              Defendants.

------------------------------------------------------------ x

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Bloomberg L.P. states that Bloomberg L.P. is a limited partnership organized under the laws of the State of Delaware; that Bloomberg Inc. owns that 80% of the limited partnership interests of Bloomberg L.P.; that Bloomberg Inc. is not a publicly-held corporation; and that Merrill Lynch L.P. Holding Inc. owns 20% of Bloomberg L.P.'s limited partnership interests.

Dated: New York, New York
       October 29, 2007

                                              WILLKIE FARR & GALLAGHER LLP

                                              By: _____
                                                  Thomas H. Golden (TG-1467)
                                                  (A Member of the Firm)

                                                  787 Seventh Avenue
                                                  New York, New York 10019
                                                  (212) 728-8000

                                                  Attorneys for Defendants Bloomberg L.P.,
                                                  Thomas Boekamp, Hank Kelbaugh, and Benny
                                                  Tramo