UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ATILIO ARCLO

              Plaintiff,

- against -

BLOOMBERG LP ET AL.,

              Defendants.
------------------------------------------------------------X

Case No.: 07 CV 6906 (LAK)

ECF CASE

STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, that Plaintiff will serve its Opposition to Defendants' Motion to Dismiss Certain Causes of Action in the First Amended Complaint, filed on October 29, 2007, no later than November 30, 2007, and that the Defendants shall have, until and including, December 20, 2007, to serve their papers in Reply.

THE LAW OFFICES OF NEAL BRICKMAN

By: _____
David M. Kearney (DK 1996)

Attorneys for Plaintiff Atilio Arclo
317 Madison Avenue - 21st Floor
New York, New York 10017
(212) 986-6840

WILLKIE FARR AND GALLAGHER LLP

By: _____
Thomas Golden (TG 1467)

787 Seventh Avenue
New York, N.Y. 10019
Attorneys for Defendants Bloomberg LP,
Thomas Buckamp, Hank Kelbaugh and Benny
Tramo

SO ORDERED:

_____
Honorable Lewis A. Kaplan, U.S.D.J.

11/9/07

SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/07