ECF FILING PROBLEM

COUNSEL FOR PLAINTIFF WAS UNABLE TO FILE THE DOCUMENT ONTO THE ECF SYSTEM ON NOVEMBER 30, 2007. HE WAS GIVEN THE "QUERY," "CASE REPORT" PROMPTS, BUT NOT THE "CIVIL" AND "CRIMINAL" PROMPTS AS NORMALLY APPEARS ON THE ECF LOG-IN, USING OUR FIRM'S CM/ECF PASSWORD. NEVERTHELESS, I CONTACTED THE COURT DEPUTY AND SERVED A COPY OF THE BRIEF ON MY ADVERSARY. I WAS ABLE TO FILE THESE DOCUMENTS MONDAY WITHOUT ISSUE.