UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
ATILIO ARELO                                                            :

                Plaintiff,                     :     Case No: 07 CV 6906 (LAK)

      -against-                                                        :

BLOOMBERG L.P. AND THOMAS BOEKAMP, HANK    :
KELBAUGH AND BENNY TRAMO, INDIVIDUALLY, AND
IN THEIR OFFICIAL CAPACITIES AS EMPLOYEES OF         :
BLOOMBERG LP,
                Defendants.                    :
------------------------------------------------------------------------x

      I, David M. Kearney, an attorney with The Law Offices of Neal Brickman, P.C., certify that on the below-referenced date I served by electronic means and via express delivery a copy of Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss Certain Causes of Action in the Amended on opposing counsel of record at the following address:

        Tom Golden, Esq.
        Willkie Farr & Gallagher LLP
        787 Seventh Avenue
        New York, N.Y. 10019


Dated: New York, New York
       November 30, 2007

                                    THE LAW OFFICES OF NEAL BRICKMAN, P.C.

                                    David M. Kearney (1996)
                                    317 Madison Avenue, 21st Floor
                                    New York, New York 10017
                                    (212) 986-6840