UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ARTILIO ARELO,

                Plaintiff,

    -against-                                        07 Civ. 6906 (LAK)

BLOOMBERG, L.P., et al.,

                Defendants.
------------------------------------------------------------x

                                **ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Defendants' motion to dismiss certain causes of the amended complaint (DI 9) misapprehends the pleading standard in the wake of *Bell Atlantic v. Twombly,* 127 S.Ct. 1955 (2007). For one thing, *Bell Atlantic* did not overrule *Swierkiewicz v. Sorema, N.A.,* 534 U.S. 506 (2002). For another, defendants' argument overreads *Bell Atlantic* in suggesting that greater pleading of facts is required in this case. *See generally Iqbal v. Hasty,* 490 F.3d 143 (2d Cir. 2007). In any case, defendants' argument would be without merit. While plaintiff may not be able to make out a *prima facie* case, defendants will have ample opportunity to make that argument on a motion for summary judgment.

        SO ORDERED.

Dated:      January 7, 2008

                                                               Lewis A. Kaplan
                                                  United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/08