

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                           :

ATILIO ARELO,

                    Plaintiff,         :

                    -against-        :        07-CV-6906 (LAK)

BLOOMBERG L.P.; THOMAS BOEKAMP,
HANK KELBAUGH, and BENNY TRAMO,  :
individually, and in their official capacities as
employees of Bloomberg L.P.,         :

                Defendants.   :

----------------------------------------------------------------x

STIPULATION AND ORDER

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 1/22/08

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel for Plaintiff Atilio Arelo and Defendants Bloomberg L.P., Thomas Boekamp, Hank

Kelbaugh, and Benny Tramo that the time for all Defendants to answer, move against, or

otherwise respond to the Amended Complaint in this action is extended from January 22, 2008 to

and including January 25, 2008.  Prior to filing their Motion to Dismiss the Amended Complaint,

Defendants requested one extension of time in which to do so.  Since this Court's January 7,

2008 Order denying the Motion to Dismiss, no extensions have been requested.

Dated: January 17, 2008
      New York, New York

                    WILLKIE FARR & GALLAGHER LLP

                    By: _____
                       Thomas H. Golden (TG-1467)

                       787 Seventh Avenue
                       New York, New York  10019
                       (212) 728-8000
                       TGolden@willkie.com

Attorneys for Defendant Bloomberg L.P., Thomas
Boekamp, Hank Kelbaugh, and Benny Tramo

By: _____
David M. Kearney (DK 1996)

The Law Offices of Neal Brickman P.C.
317 Madison Avenue- 21st Floor
New York, New York 10017
(212) 986-6840

Attorneys for Plaintiff Atilio Arelo

SO ORDERED

_____
U.S.D.J.