UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ATILIO ARELO

    Plaintiff,

        - against -   Case No. 07-CV-6906 (LAK)

BLOOMBERG L.P., and THOMAS
BOEKAMP, HANK KELBAUGH and BENNY
TRAMO, individually and in their official
capacities as employees of Bloomberg L.P.,

    Defendants.
------------------------------------------------------------x

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that the above-entitled action, including all of the claims asserted therein, be, and hereby is, dismissed with prejudice and without costs to any party as against any other.

Dated: New York, New York
February __, 2008

THE LAW OFFICES OF NEAL BRICKMAN     WILLKIE FARR & GALLAGHER LLP

By: _____     By: _____
David M. Kearney (DK 1996)           Thomas H. Golden
                                                      (A Member of the Firm)

317 Madison Avenue                787 Seventh Avenue
New York, New York 10017     New York, New York 10019
(212) 986-6840                       (212) 728-8000
davidm@bricklaw.net             tgolden@willkie.com

Attorneys for Plaintiff                Attorneys for Defendants

SO ORDERED:

_____
U.S.D.J.

3/5/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

7